JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| Carol Curtis et al., | Case No. SACV 17-00478 AG (JDEx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MTC Financial Inc. et al. | |
| Defendants. | |

The Court enters Judgment for Defendants and against Plaintiff.

Dated: June 7, 2017

Hon. Andrew J. Guilford
United States District Judge